UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TACARA ANDERSON,
On behalf of minor child, MA

    Plaintiff,

vs.         CASE NO. 8:18-cv-1646-JSM-MAP

OFFICER JONATHAN VAZQUEZ,

    Defendant.
_____/

## NOTICE OF APPEAL

**NOTICE** is hereby given that Plaintiff, TACARA ANDERSON, on behalf of minor child, MA, by and through the undersigned attorney, appeals to the United States District Court of Appeals for the Eleventh Circuit from the Summary Judgment, Final Judgment and ruling on the Motion to Alter or Amend. The Order granting Summary Judgement and Final Judgement was entered on September 20, 2019. (Doc. 52 and 53) The Order denying Plaintiffs' Motion to Alter or Amend the Judgment was entered on October 31, 2019. (Doc 55)

    Respectfully submitted,

    /s/Michael P. Maddux
    MICHAEL P. MADDUX, ESQUIRE
    Florida Bar No: 964212
    Attorney for Plaintiff
    Michael P. Maddux, P.A.
    2102 West Cleveland Street
    Tampa, Florida 33606
    Phone: 813-253-3363
    Fax: 813-253-2553
    Email: mmaddux@madduxattorneys.com
    jsalter@madduxattorneys.com
    ctonski@madduxattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                                         _/s/Michael P. Maddux_____
                                                                          MICHAEL P. MADDUX, ESQUIRE